**O**
**JS-6**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK,<br><br>                    Plaintiff,<br><br>          v.<br><br>EVENT SUPPLY, LLC et al.,<br><br>                    Defendants. | Case No. 8:24-cv-00805-ODW (JDEx)<br><br>**FINAL JUDGMENT** |

///
///
///
///
///
///
///
///
///
///
///
///

1

Pursuant to the Court's Order Granting Plaintiff's Motion for Default Judgment, (ECF No. 23), **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. **JUDGMENT** is entered in favor of Plaintiff and against Defendants, in accordance with this Court's Order Granting Plaintiff's Motion for Default Judgment;

2. The Court **AWARDS** Plaintiff the following:

   (i)     Principal damages in the amount of $361,000.

   (ii)    Attorneys' fees in the amount of $10,820.

   (iii)   Costs in the amount of $603.

   (iv)    Prejudgment interest in the amount of $21,363.29.

3. The Clerk of the Court shall close the case.

**IT IS SO ORDERED.**

October 16, 2024

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**